

NUMBER 13-15-00180-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AIR JIREH SERVICE CORPORATION, HVAC PLUMBING
SPECIALIST CORPORATION A/K/A HVAC PLUMBING
SPECIALIST CORPORATION A/K/A HVAC PLUMBING
SPECIALIST INC. D/B/A AIR JIREH SERVICE A/K/A
AIR JIREH SERVICES AND OSKAR SEPULVEDA, JR.,          Appellants,

v.

WEAVER & JACOBS CONSTRUCTORS, INC.,          Appellee.

On Appeal from the 24th District Court
of De Witt County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Order Per Curiam**

On November 12, 2015, appellant, Oskar Sepulveda Jr., filed a notice of

bankruptcy in this appeal. According to the notice, appellant filed a bankruptcy petition

on November 3, 2015, in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. ' 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed this
the 4th day of December, 2015.